# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>FRANK GILLETTE<br>*Defendant* | Case No.   20-cr-255-01(FLW) |

**ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __22nd__ day of __SEPTEMBER__, 2022,

ORDERED that __Andrea Bergman, AFPD__ from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant for the purposes of today's appearance only.

*Freda L. Wolfson*
FREDA L. WOLFSON, U.S.C.D.J.