UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 20-355 (GC) |
| v. | |
| FRANK GILLETTE | **DETENTION ORDER** |

 This matter having been opened to the Court on motion of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Tracey Agnew, Assistant U.S. Attorney, appearing), in the presence of Joseph R. Corozzo, Esq., counsel for the defendant, Frank Gillette, for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the defendant without bail pending the violation hearing in the above-entitled matter because the defendant poses a danger to the community; and the defendant through counsel having opposed the Government's motion; and for good cause shown:

 IT IS, therefore, on this 8th day of October, 2024,

 ORDERED that the defendant's bail is hereby revoked; and it is further

 ORDERED that the defendant is hereby DETAINED without prejudice. The defendant, by and through counsel, reserves the right to request a full hearing before this Court pursuant to Title 18, United States Code, Section 3142(f) on the issue of release, and the Court will entertain such request on short notice, at a time to scheduled by Court; and it is further

 ORDERED pursuant to Title 18, United States Code, Section 3142(e),

that the defendant be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that the United States Marshals Service consider the Court's recommendation that the defendant be housed at a facility other than the Essex County Correctional Facility, if reasonably possible to do so.

_____
HONORABLE JUSTIN T. QUNN
United States Magistrate Judge
10/9/2024